# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| April Lee Nelson *Plaintiff* v. Charles Faircloth, et al. *Defendant* | Civil Action No. 3:11-CV-98 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff's claims against the Defendants brought pursuant to 42 U.S.C. § 1983 for violation of the Constitution of the United States are DISMISSED WITH PREJUDICE. The Plaintiff's claims under state law are REMANDED to the Circuit Court for Anderson County, Tennessee.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge H. Bruce Guyton on a motion for summary judgment.

Date: April 10, 2013

*CLERK OF COURT*

s/ A. Brush, Deputy Clerk
*Signature of Clerk or Deputy Clerk*